# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CARMEN CERRON and GEORGE CERRON,

Appellants,

v.

PERSONAL INVESTMENT, INC.,

Appellee.

No. 2D2024-0108

————————————————

April 12, 2024

Appeal from the Circuit Court for Manatee County; Charles Sniffen, Judge.

Carmen Cerron and George Cerron, pro se.

Barbara A. Eagan of Eagan Appellate Law, PLLC, Burnsville, North Carolina, for Appellee.

PER CURIAM.

Affirmed. *See* Fla. R. App. P. 9.315(a).

KELLY, VILLANTI, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.